UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cause No. 1:18-cr-00020-JRS-TAB |
| COREY L. GIBSON, | )                                                - 01 |
| Defendant. | ) |

**REPORT AND RECOMMENDATION**

On February 16, 2023, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on February 7, 2023. [Dkt. 66.] Defendant Corey L. Gibson appeared in person with his appointed counsel Bill Dazey. The government appeared by Kathryn Olivier, Assistant United States Attorney. U. S. Parole and Probation appeared by Officer Felecia Bain.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant of his rights and provided him with a copy of the petition. Defendant orally waived his right to a preliminary hearing.

2. After being placed under oath, Defendant admitted violation number 1. [Dkt. No. 66.] Government orally moved to withdraw the remaining violation number 2, which motion was granted by the Court.

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **"You must refrain from any unlawful use of a controlled substance."** |
| | On June 1 and 8, 2021, Mr. Gibson tested positive for marijuana and cocaine use. On August 25, and December 6, and December 29, 2021, he tested positive for cocaine use. On May 17, June 15, June 20, November 28, and December 27, 2022, Mr. Gibson tested positive for fentanyl use. On November 10, 2022, he tested positive for marijuana use. |

4. The parties stipulated that:

   (a) The highest grade of violation is a Grade B violation.

   (b) Defendant's criminal history category is III.

   (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of 12 months and one-day prison sentence with no supervised release to follow.

The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 12 months and one day with no supervised release to follow.

Defendant Corey L. Gibson is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 2/17/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system